UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR SCIENCE IN THE PUBLIC INTEREST, <br><br> Plaintiff, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, <br><br> Defendant. | Civ. No. 15-1651 (BAH) |

## JOINT STATUS REPORT

In accordance with this Court's December 16, 2015, minute order, Defendant, the United States Food and Drug Administration ("FDA"), and Plaintiff, the Center for Science in the Public Interest ("CSPI"), hereby file this joint status report, and request an extension for FDA to answer plaintiff's complaint from February 12, 2016, until June 15, 2016. In support of this request, the parties state as follows:

FDA remains in the process of evaluating CSPI's November 8, 2005, Citizen Petition concerning sodium (available at http://www.regulations.gov/#!documentDetail;D=FDA-2005-P-0196-0030). The parties have engaged in settlement discussions in an attempt to resolve this case. As part of those discussions, CSPI has agreed to give FDA until June 1, 2016, to provide a substantive response to CSPI's Citizen Petition. The parties are hopeful that that response will resolve CSPI's pending claim for unreasonable delay.

Should the Court grant this extension, the parties will provide a status report on or before June 15, 2016, informing the Court whether FDA's response has resolved CSPI's claim and, if so, whether CSPI intends to file an amended complaint based on FDA's response to the Citizen Petition and a proposed schedule for additional filings.

For the foregoing reasons, the parties respectfully request that the Court extend the time for filing Defendant's answer until June 15, 2016. With this report, the parties attach a proposed order for this relief.

Dated:  February 10, 2016				Respectfully submitted,

						BENJAMIN C. MIZER
						Principal Deputy Assistant Attorney General

						MICHAEL S. BLUME
						Director

						 /s/ Andrew E. Clark
						ANDREW E. CLARK
						Assistant Director
						Consumer Protection Branch
						United States Department of Justice
						P.O. Box 386
						Washington, DC 20044
						(202) 307-0067
						Andrew.Clark@usdoj.gov

						Of Counsel:

						WILLIAM B. SCHULTZ
						General Counsel

						ELIZABETH H. DICKINSON
						Associate General Counsel
						Food and Drug Division

						ANNAMARIE KEMPIC
						Deputy Chief Counsel, Litigation

						SHOSHANA HUTCHINSON
						Associate Chief Counsel
						U.S. Department of Health & Human Services
						Office of the General Counsel
						10903 New Hampshire Avenue
						White Oak 31, Room 4560
						Silver Spring, MD 20993-0002
						(301) 796-8566

						*Attorneys for Defendant*

/s/ Julie A. Murray
Julie A. Murray
Allison M. Zieve
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009

*Attorneys for Plaintiff*